UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ESTHER KOONTZ,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-cv-4099 |
| | ) |
| **RANDALL D. WATSON,** | ) |
| **Kansas Commissioner of Education,** | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF ESTHER KOONTZ

I, Esther Koontz, hereby declare and state as follows:

1. I am a resident of North Newton, Kansas.

2. I am a member of the Mennonite Church USA, and have been for my entire life. My husband has been a Mennonite pastor from 2006 to 2011, and from 2013 to the present. Our family has been part of the First Mennonite Church, Hutchinson, for the past four years.

### My Decision to Boycott

3. I first became concerned about the situation in Israel and Palestine when I visited the region in the early 2000s. I served a three-year term with the Mennonite Central Committee in Egypt from 2000 to 2002. During my time there, I visited southern Israel with a college friend, an Arab Israeli from the Bedouin town of Rahat. I was struck by the significant disparity in wealth between Rahat and other cities in southern Israel.

4. My interest in the issue intensified when I attended a series of church presentations about Israel and Palestine in the fall of 2016. A member of my congregation, Jonathan Ramer Wenger, gave the presentations to inform us about his recent tour to Israel and Palestine at the invitation of Palestinian Christians.

5. Over the course of eight evenings, we listened to Jonathan describe his trip and share videos of first-hand narratives about the situation in Israel and Palestine. We watched videos

1

made by non-governmental organizations, children's rights advocates who reported abuses of Palestinian children as young as our 14-year-old son, and former Israeli soldiers who expressed remorse for participating in the systematic persecution of Palestinians. We also saw maps and photographs of the wall that snakes through communities in the West Bank, disrupting the flow of commerce and agriculture.

6. At the conclusion of the talk, Jonathan summarized the injustices suffered by the Palestinians and Arab Israelis. He asked us, "What then shall we do in response?" He suggested we consider boycotting.

7. The talk resonated with me. I believe that Israel has a right to exist, but I am troubled by the government's treatment of Palestinians. I believe the Israeli government is treating these individuals as second-class citizens, and feel this is an injustice that I have a duty to combat. I am particularly troubled by the Israeli settlements in occupied Palestinian territory.

8. The talk was the first time that I understood how I could take concrete steps—in the form of changing what I buy for my personal consumption—to express my views. I left the meeting with the conviction that I needed to do my part to support the Palestinian struggle for equality, even if that simply meant refusing to buy certain consumer products.

9. On July 6, 2017, the Mennonite Church USA passed a resolution entitled *Seeking Peace in Israel and Palestine*. A true and correct copy of the resolution is attached as Exhibit A. I read the resolution in detail. It calls on me, as a Mennonite, not to buy products "associated with acts of violence or policies of military occupation, including items produced in the settlements."

10. In adherence to the calls for boycott made by members of my congregation and the Mennonite Church USA, I am currently participating in a boycott of goods and services offered by Israeli companies and international companies operating in Israeli settlements in the occupied Palestinian territories. My boycott includes Israeli companies because I believe that the Israeli economy as a whole profits from the occupation of Palestinian territory, and because I wish to protest the mistreatment of Palestinian citizens living in Israel. In practice, my boycott means that

I avoid Sabra hummus and, rather than use a SodaStream, I purchase soda water. It also means that I avoid using certain websites and apps like Priceline.com, TripAdvisor, and Airbnb.

11. My participation in this boycott is based on my political, religious, and moral beliefs, including my support for Palestinians' human rights. I participate in this boycott to protest the Israeli government's actions, as well as the U.S. government's support for those actions.

## My Work

12. I work as a curriculum coach at Horace Mann Dual Language Magnet School, a public school in Wichita, Kansas. In this role, I support the school's curriculum and train teachers on how to implement it. Before being promoted to that position, I was a full-time middle school math teacher in Wichita public schools for nine years.

13. In the 2016–17 academic year, I was selected to become a "teacher trainer" for math teachers around the state, through the Kansas State Department of Education ("KSDE") Math and Science Partnerships program. Melissa Fast was my main KSDE point of contact about the position.

14. Through the program, I would have contracted with KSDE to offer daylong trainings to public school math teachers around the state. The work is very similar in substance to what I now do at Horace Mann.

15. The KSDE position would have been in addition to my current work at Horace Mann. My husband works part-time and we have three children. I saw the contract position as an opportunity to grow in my career and earn more money to support my family.

16. To become a statewide teacher trainer, I had to complete a two-day training course. I successfully completed the course on May 30 and 31, 2017. KSDE reimbursed my travel expenses for attending the training.

17. Upon completing the training, I signed up to participate as a teacher trainer in the Math & Science Partnerships program. I was eager to share my expertise with teachers in other Kansas school districts.

18. After signing up, I began to receive "training requests" via email from Ms. Fast. Participants could sign up for any of these trainings, and I indicated I was available for several of them. I told Ms. Fast I would do up to three trainings. The requests offered payment at $600/day plus reimbursement for travel.

### The Certification Requirement

19. On July 10, 2017, Ms. Fast sent the program participants an email saying that if we wanted to get paid by KSDE, we would have to fill out one more form. She said that the form, which was attached to her email, required us to certify that we are not currently engaged in a boycott of Israel. She explained that the new requirement came from KSDE's legal department.

20. I opened the attached Certification and read it. I saw that, to complete it, I would have to sign below the following statement: "As an Individual or Contractor entering into a contract with the State of Kansas, it is hereby certified that the Individual or Company listed below is not currently engaged in a boycott of Israel." A true and correct copy of the Certification is attached as Exhibit B.

21. I did not immediately reply to Ms. Fast's email requiring that I sign the Certification.

22. As a result of my boycott participation, I cannot sign the Certification in good conscience. I also object to signing the form because I believe it is inappropriate for the government to make me sign a document about my participation in a political boycott. The substance of the Certification is not related to my work as a teacher trainer for the state, nor does my refusal to sign the Certification affect my substantive ability to do that work.

23. On August 9, 2017, I sent Ms. Fast an email, notifying her of my refusal to sign the Certification. I explained that I could not sign the Certification as a matter of conscience. Ms. Fast responded, "Unfortunately, the state will not allow me to pay you if it is not signed."

24. To my knowledge, the government continues to refuse to contract with me because I will not sign the Certification.

25. To my knowledge, I am otherwise eligible for the statewide trainer position. I continue to be interested in receiving training assignments.

Pursuant to 28 U.S.C. § 1746, I hereby declare and state under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 10th day of October, 2017.

<u>/s/ Esther Koontz</u>
Esther Koontz