# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ESTHER KOONTZ,** | ) |
| | ) |
|       **Plaintiff(s),** | ) |
| | ) |
| **v.** | ) Case No. 17-cv-4099 |
| | ) |
| **RANDY WATSON,** | ) |
| **Kansas Commissioner of Education;** | ) |
| | ) |
|       **Defendant.** | ) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Benjamin Wizner, Brian Hauss, and Vera Eidelman be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorneys. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavits in support of this motion along with the each applicant's ECF registration form. In addition, I will send a proposed order granting this motion to chambers' email address. I have also verified that the information contained in each affidavit is true and accurate.

                                                  Respectfully submitted,

                                                  /s/ Stephen Douglas Bonney
                                                  STEPHEN DOUGLAS BONNEY (#12322)
                                                  ACLU Foundation of Kansas
                                                  6701 W. 64th Street, Suite 210
                                                  Overland Park, Kansas 66202
                                                  (913) 490- 4102

dbonney@aclukansas.org
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2017, I caused a copy of this Memorandum in Support of Plaintiff's Motion for Preliminary Injunction to be served on the following by electronic mail.

Randall Watson
Kansas Commissioner of Education
900 SW Jackson Street
Topeka, KS 66612
rwatson@ksde.org

Dennis Depew
Deputy Attorney General of Kansas
Memorial Hall, 2nd Floor
120 SW 10th Street
Topeka, KS 66612
Dennis.Depew@ks.ag.gov

DATED this 11th day of October, 2017.          /s/ Stephen Douglas Bonney
                                                Stephen Douglas Bonney