IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Esther Koontz,

                      Plaintiff,

V.                                          CASE NO.   17-4099-DDC

Randall D. Watson,

                      Defendant.

**MINUTE ORDER**

BY THE DIRECTION AND WITH THE APPROVAL OF JULIE A. ROBINSON, CHIEF JUDGE::

    IT IS ORDERED that this case be reassigned from the Honorable **Sam A. Crow,** **U.S. District Senior Judge** to the Honorable **Daniel D. Crabtree,** **U.S. District Judge** for all further proceedings. It should be noted that with the reassignment of the case to **Judge Daniel D. Crabtree** the case number is changed to **17-4099-DDC**.

                                                            TIMOTHY M. O'BRIEN, CLERK

                                                            s/M. Barnes
                                                                  DEPUTY CLERK