**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ESTHER KOONTZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 17-CV-4099 |
| | ) |
| **RANDALL WATSON,** | ) |
| **Kansas Commissioner of Education,** | ) |
| | ) |
| **Defendant.** | ) |

**AFFIDAVIT OF SARAH L. SHIPMAN**

1. My name is Sarah L. Shipman and I am more than 18 years of age and in all respects qualified to attest to the statements made in this affidavit.

2. I am the Secretary of Administration for the State of Kansas and have served in this role since July 24, 2015.

3. I have reviewed plaintiff's Complaint For Declaratory and Injunctive Relief, plaintiff's Motion For Preliminary Injunction, plaintiff's Memorandum In Support of Plaintiff's Motion For Preliminary Injunction and accompanying exhibits, K.S.A. § 75-3740e, and K.S.A. § 75-3740f.

4. If plaintiff had presented the information set forth in plaintiff's Complaint For Declaratory and Injunctive Relief and plaintiff's Memorandum In Support of Plaintiff's Motion For Preliminary Injunction and accompanying exhibits in a request for a waiver of the application of K.S.A. § 75-3740f, I would have waived application of such section.

FURTHER AFFIANT SAITH NAUGHT.

1

_Sarah L. Shipman_
Sarah L. Shipman

SUBSCRIBED AND SWORN TO before me this 15th day of November, 2017.

_Madeleine E. Hare_
Notary Public

My appointment expires: 6-2-19

Madeleine E. Hare
Notary Public
State of Kansas
My Appt. Expires 6-2-19