**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| ESTHER KOONTZ, | ) | |
| | ) | |
|        Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-CV-4099 |
| | ) | |
| RANDALL WATSON, | ) | |
| Kansas Commissioner of Education, | ) | |
| | ) | |
|        Defendant. | ) | |

### DEFENDANT'S NOTICE REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to the Court's request at the December 1, 2017 hearing, defendant provides notice to the Court that he does not intend to submit any additional briefing on plaintiff's motion for preliminary injunction at this time. Therefore, the filings on plaintiff's motion are completed and the matter of the preliminary injunction only is ready for decision. Defendant reserves the right to assert additional defenses and submit additional briefing and arguments regarding plaintiff's claims for declaratory and permanent injunctive relief.

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL
DEREK SCHMIDT


s/ Shon D. Qualseth
Shon D. Qualseth, KS No. 18369
Assistant Attorney General/Senior Trial Counsel
Bryan A. Ross, KS #21607
Assistant Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue,
Topeka, Kansas, 66612-1597
Phone: (785) 368-8424
Fax: (785) 291-6797
Email: shon.qualseth@ag.ks.gov
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

This is to certify that on this 8th day of December, 2017, the above and foregoing Notice was electronically filed with the Clerk of the Court by using the CM/ECF system with electronic notification to:

Stephen Douglas Bonney
ACLU Foundation of Kansas
6701 W 64th Street, Suite 210
Overland Park, Kansas 66202
dbonney@aclukansas.org
*Attorney for Plaintiff*

Brian Hauss
Vera Eidelman
Ben Wizner
ACLU Foundation
Speech, Privacy & Technology Project
125 Broad Sstreet, 18th Floor
New York, NY 10004
bhauss@aclu.org
veidelman@aclu.org
bwizner@aclu.org
*Attorneys for Plaintiff*

s/ Shon D. Qualseth
Shon D. Qualseth