UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ESTHER KOONTZ,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**RANDALL D. WATSON,** )<br>**Kansas Commissioner of Education,** )<br>in his official capacity, )<br>)<br>Defendant. ) | Case No. 17-4099-DDC |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE
SUMMARY JUDGMENT MOTION**

Pursuant to D. Kan. Rule 6.1(a), Plaintiff moves to extend the time for filing Plaintiff's Motion for Summary Judgment until March 30, 2018. In support, Plaintiff states as follows:

1. On February 13, 2018, the Court ordered that "[b]y March 23, 2018, 2018, the parties shall file a joint stipulation of facts, and plaintiff shall file her motion for summary judgment." Doc. 17.

2. On February 21, 2018, counsel for Plaintiff sent a draft stipulation of facts to counsel for Defendant.

3. Earlier today, counsel for Defendant advised counsel for Plaintiff that Defendant would be unable to send a revised draft of the proposed stipulation of facts until next week.

4. The delay in finalizing the stipulation of facts will make it impossible for Plaintiff to complete her motion for summary judgment and supporting brief by March 23, 2018.

5. Counsel for Defendant consents to this one week extension of time for Plaintiff to file her motion for summary judgment.

6. No prior extensions have been sought or granted.

7. The parties still hope to file the stipulation of facts by Friday, March 23, 2018.

Respectfully submitted,

/s/ Stephen Douglas Bonney
Stephen Douglas Bonney, KS Bar No. 12322
ACLU Foundation of Kansas
6701 W. 64th Street, Suite 210
Overland Park, KS 66202
Telephone: (913) 490-4102
dbonney@aclukansas.org

Brian Hauss*
Vera Eidelman*
Ben Wizner*
ACLU Foundation
Speech, Privacy & Technology Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
bhauss@aclu.org
veidelman@aclu.org
bwizner@aclu.org

*Pro hac vice

Certificate of Service

I, the undersigned, hereby certify that on March 16, 2018, I electronically filed the foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ Stephen Douglas Bonney
*Attorney for Plaintiffs*