UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ESTHER KOONTZ,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-4099-DDC |
| | ) |
| **RANDALL D. WATSON,** | ) |
| **Kansas Commissioner of Education,** | ) |
| in his official capacity, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATED FACTS

1. Plaintiff Esther Koontz is a resident of North Newton, Kansas.

2. Plaintiff is a member of the Mennonite Church USA.

3. In adherence to the calls for boycott made by members of her congregation and the Mennonite Church USA, Plaintiff is currently participating in a boycott of consumer goods and services offered by Israeli companies and international companies operating in Israeli settlements in the occupied Palestinian territories

4. Plaintiff's participation in this boycott is based on her political, religious, and moral beliefs, including her support for Palestinians' human rights. Plaintiff participates in this boycott to protest the Israeli government's actions, as well as the U.S. government's support for those actions.

5. Plaintiff works as a curriculum coach at Horace Mann Dual Language Magnet School, a public school in Wichita, Kansas. In this role, Plaintiff supports the school's curriculum and trains teachers on how to implement it.

6. In the 2016–17 academic year, Kansas State Department of Education ("KSDE") employees responsible for administering the KSDE "Math and Science Partnerships" program

1

selected Plaintiff to become a "teacher trainer" for math teachers around the state through the program. Melissa Fast was Plaintiff's main KSDE point of contact about the position.

7.     Through the program, Plaintiff would have contracted with KSDE to offer daylong trainings to public school math teachers around the state.

8.     KSDE required selected teachers to complete a two-day training course in order to become teacher trainers. Plaintiff successfully completed that course on May 30 and 31, 2017. KSDE reimbursed Plaintiff's travel expenses for attending the training.

9.     Upon completing the training, Plaintiff signed up to participate as a teacher trainer in the Math and Science Partnerships program.

10.    After signing up, Plaintiff began to receive training requests via email from Ms. Fast. The requests listed training sessions in need of teacher trainers, and offered payment at $600/day plus reimbursement for travel. Recipients could sign up for any of these trainings, and Plaintiff indicated she was available for several of them.

11.    In June 2017, Kansas enacted House Bill 2409, now codified at K.S.A. 75-3740e *et seq.* (the "Act"). The Act went into effect on July 1, 2017.

12.    Section 2(a) of the Act states: "Except as provided in subsection (c), the state shall not enter into a contract with an individual or company to acquire or dispose of services, supplies, information technology or construction, unless such individual or company submits a written certification that such individual or company is not currently engaged in a boycott of Israel." K.S.A. § 75-3740f(a).

13.    The Act defines "boycott" to mean "engaging in a refusal to deal, terminating business activities or performing other actions that are intended to limit commercial relations with persons or entities doing business in Israel or in territories controlled by Israel, if those

actions are taken either: (1) In compliance with or adherence to calls for a boycott of Israel other than those boycotts to which 50 U.S.C. § 4607(c) applies; or (2) In a manner that discriminates on the basis of nationality, national origin or religion, and that is not based on a valid business reason[.]" K.S.A. § 75-3740e(a).

14. The Act authorizes the Secretary of Administration to "waive application of [Section 2(a)] on any contract with any state agency if the secretary determines that compliance is not practicable." K.S.A. § 3740f(c).

15. HB 2409's fiscal note stated that it "would have no fiscal impact on the Office of Procurement and Contracts operations." Conference Comm. Rep. Br. H.B. 2409, Kan. 2017 Sess., 3. The Act's Conference Committee Report is attached as Exhibit A.

16. Several legislators and private individuals testified in support of the Act.

17. Representative Bill Sutton's testimony is attached as Exhibit B.

18. Margie Robinow's testimony is attached as Exhibit C.

19. Jacob Pellegrino's testimony is attached as Exhibit D.

20. Dr. Denice Ross Haynes's testimony is attached as Exhibit E.

21. KSDE began enforcing the Act in July 2017.

22. On July 10, 2017, Ms. Fast sent the program participants an email entitled: "ACTION REQUIRED: New certifications required for all service payments made by KSDE." The email stated, in relevant part: "I was just notified by our legal department here at KSDE that there is another form I need to have all of you complete if you are going to receive payments from KSDE. A recent addition to state law (H.B. 2409) requires all state agencies to obtain a written certification from any individual or company with which we enter into financial agreements. The individual or company must certify to KSDE that they are not currently

engaged in a boycott of Israel. Please complete the attached certification and return it to me as soon as you can. You can either snail mail me the original or you can email me a scanned copy. If we do not have a signed copy on file we will not be able to process any future payments from KSDE." A true and correct copy of the email, with the recipients' email addresses redacted, is attached as Exhibit F.

23. The certification Plaintiff was asked to sign is attached as Exhibit G.

24. To complete the certification, Plaintiff would have to sign below the following statement: "As an Individual or Contractor entering into a contract with the State of Kansas, it is hereby certified that the Individual or Company listed below is not currently engaged in a boycott of Israel."

25. On August 9, 2017, Plaintiff sent Ms. Fast an email, stating in pertinent part as follows: "As a matter of conscience I am not able to sign this Boycott of Israel waiver. Will I still be able to train for KSDE this year and get paid?" Later that day, Ms. Fast replied: "Unfortunately, the state will not allow me to pay you if it is not signed. I am sorry." A true and correct copy of the contents of this email exchange, with some privileged information redacted, is attached as Exhibit H. The parties may supplement this exhibit with a copy of the email exchange including header information at a later date.

26. Plaintiff objects to the certification.

27. If called to testify, Plaintiff would testify that, in order to sign the certification, she would have to discontinue her boycott of consumer goods and services offered by Israeli companies and international companies operating in Israeli settlements in the occupied Palestinian territories.

28.     If called to testify, Plaintiff would testify that her boycott does not affect her performance of her job duties in KSDE's teacher training program and that she would train all teachers, regardless of nationality.

29.     Plaintiff is otherwise eligible to participate in KSDE's teacher training program.

30.     Plaintiff continues to be interested in receiving training assignments.

31.     Sarah Shipman is and has been for all pertinent times the Kansas Secretary of Administration. Dr. Randy Watson is and has been for all pertinent times the Kansas Secretary of Education.

32.     Except for the email at Exhibit H, Plaintiff did not at any time prior to filing this lawsuit notify Secretary Shipman, Dr. Watson, or anyone else with the State of Kansas that she sought a waiver or that her compliance with the statute was not practicable.

33.     Neither Secretary Shipman, Dr. Watson, nor anyone else affiliated with the State (except as noted in the following sentence concerning Melissa Fast) was aware – prior to this lawsuit – that Plaintiff held the beliefs she has described in this lawsuit. The only information Melissa Fast had in this regard was contained in Exhibit H.

34.     On March 15, 2018, the State of Kansas, by and through Secretary Shipman, sent Plaintiff a letter pursuant to the Kansas Preservation of Religious Freedom Act, K.S.A. 60-5301 *et seq.* (A true and correct copy of that letter is attached hereto as Exhibit I.) In pertinent part, that letter notified Plaintiff that "the Kansas Preservation of Religious Freedom Act exempts you from the certification requirement of K.S.A. 2017 Supp. 75-3740f," and, as a result, "you may contract with the State, despite your boycott of Israel, without signing that certification." Ex. I. Because of this determination by Secretary Shipman, Dr. Watson and/or the Kansas Department

of Education, if called to testify, would testify that it will not attempt to impose K.S.A. 2017 Supp. 75-3740f against Plaintiff.

35. Plaintiff has not been denied the ability to contract with the State of Kansas since January 31, 2018.

36. Absent an agreement of the parties to the contrary or Order of the Court upon motion of one of the parties, no additional evidence or records will be submitted on the parties' motions for summary judgment. The parties stipulate that they may also rely upon ECF Nos. 4-1, 4-2, 4-3, 11-1, and 12-1.

Respectfully submitted,

/s/ Stephen Douglas Bonney
Stephen Douglas Bonney, KS Bar No. 12322
ACLU Foundation of Kansas
6701 W. 64th Street, Suite 210
Overland Park, KS 66202
Telephone: (913) 490-4102
dbonney@aclukansas.org

Brian Hauss*
Vera Eidelman*
Ben Wizner*
ACLU Foundation
Speech, Privacy & Technology Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
bhauss@aclu.org
veidelman@aclu.org
bwizner@aclu.org
*Pro hac vice

*Attorneys for Plaintiff*

and

*s/ Shon D. Qualseth*
Shon D. Qualseth, KS No. 18369
Assistant Attorney General/Senior Trial Counsel
Bryan A. Ross, KS #21607
Assistant Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue,
Topeka, Kansas, 66612-1597
Phone: (785) 368-8424
Fax: (785) 291-6797
Email: shon.qualseth@ag.ks.gov

*Attorneys for Defendant*

Certificate of Service

I, the undersigned, hereby certify that on March 24, 2018, I electronically filed the foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Stephen Douglas Bonney*
*Attorney for Plaintiffs*
