# EXHIBIT B

𝔖𝔱𝔞𝔱𝔢 𝔬𝔣 𝔎𝔞𝔫𝔰𝔞𝔰
𝔥𝔬𝔲𝔰𝔢 𝔬𝔣 𝔯𝔢𝔭𝔯𝔢𝔰𝔢𝔫𝔱𝔞𝔱𝔦𝔟𝔢𝔰

State Capitol
Topeka, Kansas 66612
1-800-432-3924
bill.sutton@house.ks.gov

215 W. Park St.
Gardner, Kansas 66030
(913) 488-1665
bill@billsutton.us



COMMITTEE ASSIGNMENTS:
CHAIRMAN: GENERAL GOVERNMENT
BUDGET
APPROPRIATIONS
EDUCATION

**Bill Sutton**
𝔯𝔢𝔭𝔯𝔢𝔰𝔢𝔫𝔱𝔞𝔱𝔦𝔟𝔢, 43𝔯𝔡 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱

HB 2409 prohibits state contracts with companies that are engaged in an anti-Israel boycott.

I think some background information might be appropriate.

The Boycott, Divest and Sanction movement, known as BDS, which started in 2001 was energized and expanded by a declaration of a coalition of Palestinian organizations in 2005. Make no mistake about it, BDS is an act of economic warfare against America's closest ally in the Middle East.

Israel is one of America's closest allies, that's true. But Israel is also a significant trading partner with Kansas. In 2016, Kansas exported $57 million in total commodities to Israel, while importing $84 million. It is in the best interest of Kansas to continue our strong trade relationship with Israel. But it's not only our trade that is important to protect, as we have multiple companies from Israel that have decided to make Kansas their home. The companies range in fields, but here are a couple of our biggest success stories:

TEVA Pharmaceuticals opened a $46 million, 156,000 square foot headquarters in Overland Park in 2013. They're world leaders in the manufacturing of pharmaceuticals and innovators in bioscience.

ICL Performance Products, in Lawrence, specializes in phosphate-based engineering and production. They make products that increase global food and water supplies.

HB2409 would require that any individual or company that enters into a contract with any agency, board, commission or department of the state of Kansas to submit a written certification that such individual or company is not currently engaged in a boycott of Israel.

The question came up in committee, why now? Given the intensity with which we engage in the legislative session, I guess it's understandable to not keep abreast of global issues. The issue of the BDS is being discussed right now in the United Nations. Right now, the federal government is discussing legislation similar to HB 2409, albeit on a grander scale.

To date, 17 states have approved versions of anti-BDS legislation:

California, New York, Florida, Illinois, New Jersey, Pennsylvania, Michigan, Rhode Island, Colorado, Ohio, Iowa, Indiana, Alabama, Arkansas, Georgia, South Carolina and Texas.

10 others are considering this legislation this year: Wisconsin, Minnesota, Massachusetts, Maryland, Delaware, Maine, North Carolina, Alaska, Montana and South Dakota.

Now is certainly the time for Kansas to get on board.

The fiscal note for HB 2409 is zero.

Proponents included:

The Kansas Department of Commerce

Marjorie Robinow from the American Israel Public Affairs Committee

Rabbi Zalman Tiechtel from KU

Rabbi Jeffrey Shron from Overland Park

Jacob Pelligrino, KU student

Dr. Denice Ross Haynes