**EXHIBIT E**

March 23, 2017
Dr. Denice Ross Haynes
Proponent Testimony HB 2409

As I got in my car this morning, I heard a minister say on the radio- in an argument, the most mature person is the one who keeps the peace. I thought, what a fitting way to encapsulate my thoughts today. It's pretty consistent with my internal constitution- in fact it is the primary reason why I am intentionally late to the geopolitical table of conversation and activism regarding Israel and the US.

I am wired for relationship. Relationship matters. This has long informed my professional work in the public and private sector and in the academy. It's always been about people in personal life and my career. I have worked for large corporations in various capacities and public and private universities. My doctoral work studied how the core identity of an institution and its level of salience in the daily operations- impact and affect student success. And my studies at the Racanati School of business in Tel Aviv toward an MBA heightened my understanding and appreciation of the power and necessity of a thriving global marketplace and the kind of leadership it takes to make that happen:

- People in leadership who are open to ideas for innovation, discovery, healthy competition and global exchange around these ideas. I can recall conversations during my time spent in Israel where I have talked with Palestinian students on scholarship at Tel Aviv university and IDF soldiers; both bright and ready students who want to be a part of business enterprise in Israel and globally.

- People in leadership who are open to the people who are at the forefront of this innovation ( especially developing talent who will bring these ideas to the commonwealth) and make pathways for exchange to happen.

- People in leadership who are willing to ensure that business enterprise that rests on principles of fairness, justice, and freedom are secured and are also willing to courageously stand for this on behalf of all involved

.

I think the boycott movement stifles this level of leadership and keeps alive adversarial ideologies, entitlements and offences.