**EXHIBIT F**



**From:** Melissa A. Fast
**Sent:** Monday, July 10, 2017 1:05 PM
**To:** 
**Cc:**
**Subject:** ACTION REQUIRED: New certifications required for all service payments made by KSDE

Good afternoon everyone,

I was just notified by our legal department here at KSDE that there is another form I need to have all of you complete if you are going to receive payments from KSDE. A recent addition to state law (H.B. 2409) requires all state agencies to obtain a written certification from any individual or company with which we wish to enter into financial agreements. The individual or company must certify to KSDE that they are not currently engaged in a boycott of Israel.

Please complete the attached certification and return it to me as soon as you can. You can either snail mail me the original or you can email me a scanned copy. If we do not have a signed copy on file for you we will not be able to process any future payments from KSDE.

Let me know if you have any questions or concerns!



**Melissa Fast**

*Education Consultant & MSP Coordinator*

Career Standards and Assessment Services

 @ksdemath

community.ksde.org/math