# EXHIBIT H

From: **Esther Koontz** <esthermkoontz@gmail.com>
Date: Wed, Aug 9, 2017 at 2:09 PM
Subject: ███
To: Brian Hauss <bhauss@aclu.org>
Cc: ███

Below is my statement to Melissa Fast at KSDE and her response (copied from my school email)

Unfortunately, the state will not allow me to pay you if it is not signed. I am sorry.

**Melissa Fast**

*Education Consultant & MSP Coordinator*

Career Standards and Assessment Services

@ksdemath

community.ksde.org/math

From: Esther Koontz [mailto:ekoontz@usd259.net]
Sent: Wednesday, August 9, 2017 10:17 AM
To: Melissa A. Fast <mfast@ksde.org>
Subject: RE: ACTION REQUIRED: New certifications required for all service payments made by KSDE

Melissa,

As a matter of conscience I am not able to sign this Boycott of Israel waiver. Will I still be able to train for KSDE this year and get paid?

**Esther Koontz**

MTSS Facilitator and Coach

Horace Mann Dual Language Magnet School