# EXHIBIT I

**STATE OF KANSAS**

Department of Administration
1000 S.W. Jackson, Suite 500
Topeka, KS 66612

CC: Scott L.
Stephanie
Dale
Phone: (785) 296-3011
Fax: (785) 296-2702
sarah.shipman@ks.gov

Governor Jeff Colyer, M.D.
Sarah Shipman, Secretary

March 15, 2018

*Via email only: dbonney@aclukansas.org*

Esther Koontz
c/o Stephen Douglas Bonney
ACLU Foundation of Kansas
6701 W. 64th Street, Suite 210
Overland Park, Kansas 66202

RE: Kansas Preservation of Religious Freedom Act

Dear Ms. Koontz:

It has come to my attention that you are currently engaged in a boycott of Israel and are therefore unable to sign the certification required by K.S.A. 2017 Supp. 75-3740f in order to contract with the State. *See Koontz v. Watson*, Case No. 17-4099-DDC/KGS, ECF No. 1. Specifically, I understand that your boycott of Israel is, at least in part, religiously motivated. *See id.* at ¶¶ 18-23.

The Kansas Preservation of Religious Freedom Act, K.S.A. 60-5301 *et seq.*, provides that the State may not "substantially burden a person's civil right to exercise of religion" unless the State "demonstrates, by clear and convincing evidence, that application of the burden" furthers a "compelling governmental interest" and "is the least restrictive means of furthering that compelling governmental interest." K.S.A. 60-5303(a).

Because I understand your contentions in the aforementioned lawsuit to declare that the provisions of K.S.A. 2017 Supp. 75-3740f substantially burden your exercise of religion, as those terms are defined in K.S.A. 60-5302, the Kansas Preservation of Religious Freedom Act exempts you from the certification requirement of K.S.A. 2017 Supp. 75-3740f. As a result, you may contract with the State, despite your boycott of Israel, without signing that certification.

Sincerely,

Sarah Shipman
Secretary of Administration