IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ESTHER KOONTZ**, | ) |
| *Plaintiff*, | ) Case No. 17-4099-DDC |
| v. | ) |
| **RANDALL D. WATSON**, Kansas Commissioner of Education, in his official capacity. | ) |
| *Defendants*. | ) |

### ENTRY OF APPEARANCE

Toby Crouse enters his appearance herein on behalf Dr. Watson as of this date.

Respectfully Submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

By: __/s/ *Toby Crouse*___
Toby Crouse, #20030
*Solicitor General*

Shon D. Qualseth, #18369
  *Assistant Attorney General/Senior Trial Counsel*
Bryan A. Ross, #21607
  *Assistant Attorney General*
Dwight R Caswell, #25111
  *Assistant Solicitor General*
120 S.W. 10th Ave., 2nd Floor
Topeka, KS 66612-1597
Phone: 785.368.6693
Email: toby.crouse@ag.ks.gov
Email: shon.qualseth@ag.ks.gov
Email: bryan.ross@ag.ks.gov
Email: dwight.carswell@ag.ks.gov

1

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this April 3, 2018, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                           /s/ *Toby Crouse*
                                  ATTORNEY FOR DR. RANDALL D. WATSON