## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **ESTHER KOONTZ**, | ) | |
| | ) | |
| *Plaintiff*, | ) | **Case No. 17-4099-DDC** |
| | ) | |
| v. | ) | |
| | ) | |
| **RANDALL D. WATSON**, Kansas | ) | |
| Commissioner of Education, in his | ) | |
| official capacity. | ) | |
| | ) | |
| *Defendant*. | ) | |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff Esther Koontz and Defendant Dr. Randall D. Watson, by and through their respective counsel, jointly move this Court for an extension of time in which the parties will file subsequent briefs. In support of this Motion, the parties state as follows:

1.      On October 11, 2017, Koontz filed a Complaint for declaratory and injunctive relief concerning HB 2409, K.S.A. 75-3740e and K.S.A. 3740f. ECF No. 1.

2.      The parties conferred, agreed that discovery was not necessary, and urged this Court to set deadlines for cross-motions for summary judgment. ECF No. 17; *see also* ECF No. 20 (amending the original summary judgment deadline).

3.      Pursuant to that schedule, the parties submitted joint stipulations of facts on March 23, 2018, and Koontz filed her motion for summary judgment on March 30, 2018. ECF Nos. 21, 22, and 23.

4.      The Kansas Legislature has since amended K.S.A. 75-3740e and 75-3740f. *See* [2018 Session Law, H.B. No. 2482](#). HB 2482 did three things pertinent to this action. *First*, it reduced those subject to the certification requirement. Only a

1

company must submit a certification; an individual need not. *See id.* at § 3(a); *see also id.* at § 2 (confirming that a contract does not include an agreement between the state and an individual). *Second*, it limited the type of transactions for which a certification is required: it only applies to a written agreement between the state and a company to acquire or dispose of goods or services with an aggregate price of more than $100,000" *See id.* at § 2(c). *Third*, it explained the purpose of the law. *See id.* at § 1. The Governor signed HB 2482 into law on April 18, 2018. *See* http://kslegislature.org/li/b2017_18/measures/hb2482/.

5.    The parties jointly request additional time to consider and confer concerning what impact, if any, HB 2482 has upon this litigation. Specifically, the parties seek an extension of previously agreed deadlines such that (i) Dr. Watson's response to summary judgment and cross-motion for summary judgment will be due on June 1, 2018, (ii) Koontz's response/reply brief regarding the pending motions for summary judgment will be due July 13, 2018, and (iii) Dr. Watson's reply brief in support of his cross-motion for summary judgment will be due on August 10, 2018. The following is a table comparing the prior dates set by this Court, *see* ECF No. 17, with the dates proposed by the parties.

| Filing | Prior Date | Proposed Date |
|---|---|---|
| Dr. Watson's summary judgment and cross-motion for summary judgment deadline | May 4, 2018 | June 1, 2018 |
| Koontz's response/reply brief regarding the pending summary judgment motions. | June 8, 2018 | July 13, 2018 |
| Dr. Watson's reply brief in support of his cross-motion for summary judgment. | July 13, 2018 | August 10, 2018 |

6.     No other extensions have been requested concerning these deadlines and this request is made before the expiration of the current deadlines.

7.     This motion is not presented for the purposes of delay, and it will not prejudice any party herein.

**WHEREFORE**, the parties jointly request an extension of the aforementioned deadlines.

Respectfully Submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

By:   /s/ *Toby Crouse*
       Toby Crouse, #20030
       *Solicitor General*

Shon D. Qualseth, #18369
  *Assistant Attorney General / Senior Trial Counsel*
Bryan A. Ross, #21607
  *Assistant Attorney General*
Dwight R Carswell, #25111
  *Assistant Solicitor General*
120 S.W. 10th Ave., 2nd Floor
Topeka, KS 66612-1597
Phone: 785.368.6693
Email: toby.crouse@ag.ks.gov
Email: shon.qualseth@ag.ks.gov
Email: bryan.ross@ag.ks.gov
Email: dwight.carswell@ag.ks.gov

ATTORNEYS FOR DR. RANDALL D. WATSON

*and*

s/ Stephen Douglas Bonney
Stephen Douglas Bonney, KS 12322
ACLU Foundation of Kansas
6701 W. 64th Street, Suite 210
Overland Park, KS 66202

Tel. (913) 490-4102
Fax: (913) 490-4119
dbonney@aclukansas.org

ATTORNEYS FOR PLAINTIFF


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 2nd day of May, 2018, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


_____/s/ *Toby Crouse*_____
ATTORNEY FOR DR. RANDALL D. WATSON