IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ESTHER KOONTZ**, | ) |
| | ) |
| *Plaintiff,* | ) Case No. 17-4099-DDC |
| | ) |
| v. | ) |
| | ) |
| **RANDALL D. WATSON**, Kansas Commissioner of Education, in his official capacity. | ) |
| | ) |
| *Defendant.* | ) |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiff Esther Koontz and Defendant Dr. Randall D. Watson, by and through their respective counsel, jointly move this Court for an extension of time in which the parties will file subsequent briefs. In support of this Motion, the parties state as follows:

1. On October 11, 2017, Koontz filed a Complaint for declaratory and injunctive relief concerning HB 2409, K.S.A. 75-3740e and K.S.A. 3740f. ECF No. 1.

2. The parties conferred, agreed that discovery was not necessary, and urged this Court to set deadlines for cross-motions for summary judgment. ECF No. 17; *see also* ECF No. 20 (amending the original summary judgment deadline).

3. Pursuant to that schedule, the parties submitted joint stipulations of facts on March 23, 2018, and Koontz filed her motion for summary judgment on March 30, 2018. ECF Nos. 21, 22, and 23.

4. The Kansas Legislature has since amended K.S.A. 75-3740e and 75-3740f. *See* 2018 Session Law, H.B. No. 2482. HB 2482 did three things pertinent to this action. *First*, it reduced those subject to the certification requirement. Only a

1

company must submit a certification; an individual need not. *See id.* at § 3(a); *see also id.* at § 2 (confirming that a contract does not include an agreement between the state and an individual). *Second*, it limited the type of transactions for which a certification is required: it only applies to a written agreement between the state and a company to acquire or dispose of goods or services with an aggregate price of more than $100,000." *See id.* at § 2(c). *Third*, it explained the purpose of the law. *See id.* at § 1. The Governor signed HB 2482 into law on April 18, 2018. *See* http://kslegislature.org/li/b2017_18/measures/hb2482/.

5. The parties jointly requested and this Court granted additional time for the parties to consider and confer concerning what impact, if any, HB 2482 has upon this litigation. ECF Nos. 26 and 27.

6. Based upon that consultation, the parties request four additional weeks so that they can finalize their discussions. If granted, the existing deadlines would be as follows:

| **Filing** | **Prior Date** | **Proposed Date** |
|---|---|---|
| Dr. Watson's summary judgment and cross-motion for summary judgment deadline | June 1, 2018 | June 29, 2018 |
| Koontz's response/reply brief regarding the pending summary judgment motions. | July 13, 2018 | August 10, 2018 |
| Dr. Watson's reply brief in support of his cross-motion for summary judgment. | August 10, 2018 | September 7, 2018 |

7. No other extensions have been requested concerning these deadlines and this request is made before the expiration of the current deadlines.

8. This motion is not presented for the purposes of delay, and it will not prejudice any party herein.

2

**WHEREFORE**, the parties jointly request an extension of the aforementioned deadlines.

Respectfully Submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

By:  /s/ *Toby Crouse*
     Toby Crouse, #20030
     *Solicitor General*

Shon D. Qualseth, #18369
  *Assistant Attorney General/Senior Trial Counsel*
Bryan A. Ross, #21607
  *Assistant Attorney General*
Dwight R Carswell, #25111
  *Assistant Solicitor General*
120 S.W. 10th Ave., 2nd Floor
Topeka, KS 66612-1597
Phone: 785.368.6693
Email: toby.crouse@ag.ks.gov
Email: shon.qualseth@ag.ks.gov
Email: bryan.ross@ag.ks.gov
Email: dwight.carswell@ag.ks.gov

ATTORNEYS FOR DR. RANDALL D. WATSON

*and*

  /s Lauren Bonds
Lauren Bonds, KS No. 27807
ACLU Foundation of Kansas
6701 W. 64th Street, Ste. 210
Overland Park, KS 66202
Phone: (913) 490-4100
lbonds@aclukansas.org
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of May, 2018, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                       /s/ *Toby Crouse*
                            ATTORNEY FOR DR. RANDALL D. WATSON

4