# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ESTHER KOONTZ,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17-4099-DDC-KGS |
| **RANDALL D. WATSON,** in his official capacity as Kansas Commissioner of Education, | ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL

IT IS HEREBY ORDERED by the court that the above-captioned action shall be dismissed with prejudice, the Preliminary Injunction entered against defendant, Doc. 18, is dissolved with the agreement of the parties by virtue of this Agreed Order of Dismissal, and further that defendant shall pay plaintiff $41,602.50 in costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: **June 29, 2018**

s/ Daniel D. Crabtree
**Daniel D. Crabtree**
**United States District Judge**

Prepared and approved by,

    /s/ Lauren Bonds
Lauren Bonds, KS No. 27807
ACLU Foundation of Kansas
6701 W. 64th Street, Suite 210
Overland Park, KS 66202
(913) 490-4100
lbonds@aclukansas.org

and

Brian Hauss (*pro hac vice*)
Vera Eidelman (*pro hac vice*)
Ben Wizner (*pro hac vice*)
ACLU Foundation
Speech, Privacy & Technology Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
bhauss@aclu.org
veidelman@aclu.org
bwizner@aclu.org

ATTORNEYS FOR PLAINTIFF

and

    /s/ Toby Crouse
Toby Crouse, KS No. 20030
  *Solicitor General*

Shon D. Qualseth, KS No. 18369
  *Assistant Attorney General/Senior Trial Counsel*
Bryan A. Ross, KS No. 21607
  *Assistant Attorney General*
Dwight R Carswell, KS No. 25111
  *Assistant Solicitor General*
120 S.W. 10th Ave., 2nd Floor
Topeka, KS 66612-1597
785.368.6693
toby.crouse@ag.ks.gov
shon.qualseth@ag.ks.gov
bryan.ross@ag.ks.gov
dwight.carswell@ag.ks.gov

ATTORNEYS FOR DEFENDANT